■ In the Matter of CITY OF NEW YORK, Petitioner, v THOMAS C. JORLING, as Commissioner of Environmental Conservation, et al., Respondents, and QUAIL RIDGE ASSOCIATES, Intervenor-Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the New York State Department of Environmental Conservation, dated May 26, 1988, which, after a hearing, *inter alia,* granted the intervenor-respondent's application for a State Pollutant Discharge Elimination System Permit.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements *(see, Matter of Weinstein Enters. v Jorling,* 171 AD2d 873 [decided herewith]). Brown, J. P., Sullivan, Eiber and O'Brien, JJ., concur.